In the Matter of ANNETTE J.S.J. ADMINISTRATION FOR CHILDREN'S SERVICES et al., Respondents; REBECCA F., Appellant. (Proceeding No. 1.)

In the Matter of SABRINA R.M.I. ADMINISTRATION FOR CHILDREN'S SERVICES et al., Respondents; REBECCA F., Appellant. (Proceeding No. 2.)

Submitted July 29, 2013; decided September 17, 2013

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceedings within the meaning of the Constitution.

OLGA CARO, Appellant, v MARSH USA, INC., et al., Respondents.

Submitted June 24, 2013; decided September 17, 2013

Motion, insofar as it seeks leave to appeal from that portion of the Appellate Division order that dismissed the appeal from so much of the Supreme Court order as directed that the video recording of all future depositions be at appellant's attorney's expense, dismissed upon the ground that as to that part of the Appellate Division order, appellant is not a party aggrieved; motion for leave to appeal otherwise dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

DEUTSCHE BANK NATIONAL TRUST COMPANY, Respondent, v DEMETRES SPANOS et al., Defendants, and ISADORA SIDROULA SPANOS, Appellant.

Submitted August 12, 2013; decided September 17, 2013

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.